IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SHIOLENO INDUSTRIES, INC.** | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 3:11-cv-971-O |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al.,** | § § § § | |
| Defendants, | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that this case be remanded to the District Court of Dallas County, 95th Judicial District, Dallas, Texas.

**SO ORDERED** on this **23rd day** of **January, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**